**184**          FREDERICKS v. LEDERER.

---

HENRY G. FREDERICKS and Another, Appellants, v. ALFRED LEDERER and Another, Respondents.

Supreme Court, Appellate Term, First Department, December 11, 1925.

Municipal corporations — city of New York — registration of employing or master plumber — registration and not holding of certificate is condition precedent to conduct of business by partnership — Greater New York charter, §§ 415-a, 416-a, remove objections to prior statute.

Any employing or master plumber may register though he is only to receive a certificate of such registration if he holds a certificate of the examining board. The registration of the members of a partnership is the only condition precedent to the conduct of business by the partnership.

The objections to chapter 803 of the Laws of 1896, relating to the registration of each member of a firm, have been removed in sections 415-a and 416-a of the Greater New York charter.

APPEAL by plaintiffs from a judgment of the Municipal Court, Borough of The Bronx, Second District, in favor of the defendants.

*John J. Hanrahan,* for the appellants.

*Nathan Waxman,* for the respondent .

PER CURIAM. The objections to the act of 1896 pointed out in *Schnaier* v. *Navarre Hotel & Importation Co.* (182 N. Y. 83) have been removed in the present statute (Greater New York Charter, §§ 415-a, 416-a).

Any employing or master plumber may now register though he is only to receive a certificate of such registration if he holds a certificate of the examining board. It is the registration of its members, merely, and not the holding of a certificate, that is made a condition precedent to the conduct of business by a copartnership.

Judgment affirmed, with twenty-five dollars costs.

All concur; present, BIJUR, LEVY and CHURCHILL, JJ.